UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
KEVIN W. TOBIN,                 )
     Plaintiff,                 )
                                )     CIVIL ACTION NO.
     v.                         )     01-11979-DPW
                                )
LIBERTY MUTUAL INSURANCE        )
COMPANY,                        )
     Defendant.                 )
```

## VERDICT

## **LIABILITY**

1.    Has Kevin Tobin established by a fair preponderance of
the evidence that, when he was terminated from Liberty Mutual on
January 10, 2001, he had a disability which substantially
impaired the major life activity of work in that he was
significantly restricted in the ability to perform either a class
of jobs or a broad range of jobs in various classes as compared
to the average persons having comparable training, skills and
abilities?

Answer "YES" or "NO."          _____Yes_____

*If you have answered "YES" to Question 1, go to Question 2.
Otherwise, return your verdict.*

1

2. Has Kevin Tobin established by a fair preponderance of the evidence that providing him either or both of the following would not change the essential functions of the job of sales representative at Liberty Mutual?

Answer "YES" or "NO" to each subpart:

    A.   Mass Marketing accounts      Yes

    B.   additional service support    Yes

*If you have answered "YES" to either or both of the subparts of Question 2, go to Question 3. Otherwise, return your verdict.*

2

3.    Has Kevin Tobin established by a fair preponderance of the evidence that providing him with any of the accommodations to which you have answered "YES" in response to one or more subparts of Question 2 would have been reasonable?

Answer "YES" or "NO."          Yes

*If you have answered "YES" to Question 3, go to Question 4. Otherwise, return your verdict.*

3

4.    Has Kevin Tobin established by a fair preponderance of
the evidence that he would have been able to perform the
essential functions of the job of sales representative with the
accommodations to which you have answered "YES" in response to
one or more subparts of Question 2?

Answer "YES" or "NO", as to the following time periods:

A. Between September 4, 2000 and January 10, 2001 ___Yes___

B. Between January 2, 2001 and January 10, 2001    ___Yes___

*If you have answered "YES" to Question 4, go to Question 5.*
*Otherwise, return your verdict.*

4

**DAMAGES**

5.    What amount of money has Kevin Tobin established by a
fair preponderance of the evidence is necessary to compensate him
for the failure of Liberty Mutual to reasonably accommodate him?

A. Economic Damages:

  i. Salary

    a. between January 10, 2001 and April 1, 2003 $143,532.00

    b. between April 1, 2003 and today $204,560.00

    c. between today and September 26, 2007 $91,323.00

  ii. Additional Pension $264,481.00

iii. Additional Thrift Investment contribution $151,713.00

B. Emotional distress:

  i. Between January 10, 2001 and today $500,000.00

  ii. In the future $ 0.00

5/8/06
DATE

FOREPERSON

5