UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
KEVIN W. TOBIN,                )
      Plaintiff,               )
                               )        CIVIL ACTION NO.
      v.                       )        01-11979-DPW
                               )
LIBERTY MUTUAL INSURANCE       )
COMPANY,                       )
      Defendant.               )
```

## **JUDGMENT**

WOODLOCK, District Judge

In accordance with the jury verdict returned on May 8, 2006, it is hereby ORDERED, ADJUDGED AND DECREED:

Judgment for the Plaintiff Kevin Tobin against the Defendant Liberty Mutual Insurance Company in the amount of One million three hundred fifty five thousand nine hundred seventy nine dollars ($1,355,979.00), plus pre-judgment interest of Six hundred forty one thousand two hundred seventy dollars and four cents ($641,270.04)[1] for a total of One million nine hundred ninety seven thousand two hundred forty nine dollars and four cents ($1,997,249.04); with post judgment interest, attorneys' fees and costs as provided by law.

BY THE COURT,

/s/ Michelle Rynne

Deputy Clerk

DATED: May 9, 2006

---

[1] (12% Annual interest from October 31, 2001 to today. Interest is applied to 100% of monies awarded under 5Aia, 5Aib and 5Bi of the Jury Verdict. Interest is applied to 80% of the monies awarded under 5Aii and 5Aiii of the Jury Verdict.)